IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAN PALMER                                                                    PLAINTIFF

VERSUS                                         CIVIL ACTION NO. 4:08cv70-HTW-LRA

TJX COMPANIES, INC./TJMAXX, MERIDIAN                      DEFENDANT

## FINAL JUDGMENT

ON THIS DAY this cause came on to be heard, and it being made known to the court that the above styled and numbered cause has been compromised and settled, the court accordingly finds that said cause should be dismissed with full prejudice as to all issues as to the Defendant.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above styled and numbered cause be, and the same is hereby, dismissed with full prejudice as to all issues as to the Defendant with each party to bear their own costs.

SO ORDERED AND ADJUDGED on this, the 27th day of April, A.D., 2010.

                                      s/ HENRY T. WINGATE
                                      CHIEF JUDGE
                                      UNITED STATES DISTRICT COURT

/s/ Robert D. Jones_____
OF COUNSEL FOR PLAINTIFF

/s/ Dorrance Aultman_____
OF COUNSEL FOR DEFENDANT